"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JARED TORNOW, <br> T/N JARED ANTHONY TORNOW, <br> Defendant. | Case No.: SACR 09-081 <br><br> ORDER OF DETENTION |

**I.**

A. (X) On motion of the Government in a case allegedly involving:

    1. ( ) a crime of violence.

    2. ( ) an offense with maximum sentence of life imprisonment or death.

    3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( ) any felony - where defendant convicted of two or more prior offenses described above.

    5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1. B. (X) On motion by the Government/( ) on Court's own motion, in a case allegedly involving:
   (X) On the further allegation by the Government of:
   1. (X) a serious risk that the defendant will flee.
   2. ( ) a serious risk that the defendant will:
      a. ( ) obstruct or attempt to obstruct justice.
      b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.
C. The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:
   1. (X) the appearance of the defendant as required.
      (X) and/or
   2. (X) the safety of any person or the community.
B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:
A. (X) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
B. (X) the weight of evidence against the defendant;

1  C. (X) the history and characteristics of the defendant; and
2  D. (X) the nature and seriousness of the danger to any person or the community.

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:
A. (X) As to flight risk: Defendant's failure's to appear in state matters and his criminal history shows the defendant does not comply with court orders.
B. (X) As to danger: The pending charges and Defendant's extensive criminal history that show Defendant is a recidivist.

**VI.**

A. ( ) The Court finds that a serious risk exists the defendant will:
　　1. ( ) obstruct or attempt to obstruct justice.
　　2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B. The Court bases the foregoing finding(s) on the following:
_____
_____
_____

**VI.**

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

|   |   |   |
|---|---|---|
| 1 |    | extent practicable, from persons awaiting or serving sentences or being held in |
| 2 |    | custody pending appeal. |
| 3 | C. | IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 4 |    | opportunity for private consultation with counsel. |
| 5 | D. | IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 6 |    | request of any attorney for the Government, the person in charge of the |
| 7 |    | corrections facility in which defendant is confined deliver the defendant to a |
| 8 |    | United States marshal for the purpose of an appearance in connection with a court |
| 9 |    | proceeding. |

Dated: June 12, 2009

　　　　　　　　　　　　　　　　　　　/s/   Arthur Nakazato
　　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE