1 | H. Dean Steward (SBN 85317)
2 | 107 Avenida Miramar Ste. C
3 | San Clemente, CA 92672
  | 949-481-4900
4 | fax 949-496-6753

5 | Attorney for Defendant
6 | JARED TORNOW

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 United States | ) | SA-CR-09-81(A)-DOC |
| 12 Plaintiff, | ) | NOTICE AND APPLICATION TO |
| 13  vs. | ) | SEAL DOCUMENT; [Proposed] |
| 14 JARED TORNOW | ) | ORDER FILED SEPARATELY |
| 15 Defendant | ) | |

20   Comes now H. Dean Steward on behalf of JARED TORNOW, Defendant,
21 and applies to this court for an order sealing the attached pleading.
22 Said pleading contains personal and sensitive information that should
23 not be public record.
24   Counsel also notifies the Plaintiff of this application,
25 /
26 /
27 /
28

1

and his request for an order sealing the application.

Dated: DEC. 6, 2009   

                              H. Dean Steward
                              Counsel for Defendant
                              JARED TORNOW

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C., San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on Dec. 6, 2009, service of the defendant's:

**Defendant's Sentencing Brief**

on the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA JOSEPH O'MCNALLY**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Dec. 6, 2009



H. Dean Steward